Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VANESA VILLÉN BLANCO**<br><br>Plaintiff,<br><br>vs.<br><br>**MUZOM TRANSPORTATION, INC., et al.,**<br><br>Defendants. | **2:26-cv-14147-TGB-CI**<br><br>**NOTICE OF ATTORNEY APPEARANCE** |

Notice is hereby given that Leo J. St. Amour of Michigan Auto Law, P.C., enters his appearance in the above-entitled cause of action as an attorney for Plaintiff Vanesa Villén Blanco.

Respectfully submitted,

MICHIGAN AUTO LAW, P.C.

/s/ Leo J. St. Amour
LEO J. ST. AMOUR (P88642)
*Attorney for Plaintiff*

KEVIN H. SEIFERHELD (P58016)
*Lead Attorney for Plaintiff*

ALEXANDER P. KEMP (P80963)
*Attorney for Plaintiff*

30101 Northwestern Highway
Farmington Hills, MI 48334
(248) 353-7575
(248) 254-8081 (fax)
kseiferheld@michiganautolaw.com
akemp@michiganautolaw.com
lstamour@michiganautolaw.com
esimon@michiganautolaw.com

Dated: October 31, 2026

Michigan Auto Law, 30101 Northwestern Highway, Farmington Hills, MI 48334 (248) 353-7575

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was filed with the Clerk of Court using the Court's CM/ECF electronic filing system, which sent a Notice of Electronic Filing (NEF) which contained notice and a copy of the foregoing instrument to all counsel of record.

/s/ Leo J. St. Amour
Leo J. St. Amour